UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LOWRITA RICKENBACKER,

                        Plaintiff(s),

          -against-

COUNTY OF SUFFOLK, et al.,

                        Defendant(s).
------------------------------------------------------------------------X

<u>ORDER</u>

CV 06-3930 (ADS) (ETB)

      To avoid any appearance of impropriety, pursuant to 28 U.S.C. § 455(a), I recuse myself, due to one of the attorneys involved.

SO ORDERED:

Dated: Central Islip, New York
       January 18, 2007

                                          /s/ E. Thomas Boyle
                                          E. THOMAS BOYLE
                                          United States Magistrate Judge